THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* WILLARD H. PECK, Respondent.

*People* v. *Peck*, 146 App. Div. 266, affirmed.
(Argued June 21, 1912; decided June 29, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 11, 1911, which reversed a judgment rendered upon a verdict convicting the defendant of the crime of perjury, and also reversed an order overruling demurrers to the indictment and dismissed said indictment.

*George Hopkins Bond* and *George W. Standen* for appellant.

*Ceylon H. Lewis* and *William Nottingham* for respondent.

Order affirmed; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: GRAY, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES WILLIAMS, Appellant.

(Argued June 18, 1912; decided June 29, 1912.)

APPEAL from a judgment of the Supreme Court rendered June 3, 1911, at a Trial Term for the county of Livingston, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Charles D. Newton* for appellant.

*Frank K. Cook, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER and CHASE, JJ. Dissenting: VANN and WILLARD BARTLETT, JJ. Absent: GRAY, J.